AO 91 (rev.11/11) Criminal Complaint          AUTHORIZED AND APPROVED DATE: s/Bow Bottomly 07/30/2025

# United States District Court
## for the
### WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| United States of America ) | |
| ) | |
| v. ) | Case No: M-25-451-ALM |
| ) | |
| Christian Soto, ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

Between on or about the dates of April 3, 2024, and July 29, 2025, in the Western District of Oklahoma, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a)(2)(A) | Receipt of Child Pornography |
| 18 U.S.C. § 2252A(a)(5)(B) | Possession of Child Pornography |
| 18 U.S.C. § 922(g)(8) | Prohibited Person in Possession of Ammunition |

This criminal complaint is based on these facts:

See attached Affidavit of Special Agent, Marisol Flores, Federal Bureau of Investigation, which is incorporated and made a part hereof by reference.

☒ Continued on the attached sheet.

*Complainant's signature*
Marisol Flores
Special Agent
Federal Bureau of Investigation

Sworn to before me and signed in my presence.

Date: 7/30/25

City and State: Oklahoma City, Oklahoma

*Judge's signature*
Amanda L. Maxfield, U.S. Magistrate Judge
*Printed name and title*

# THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA

## AFFIDAVIT IN SUPPORT OF COMPLAINT

I, Mari Flores a Special Agent ("SA") with the Federal Bureau of Investigation ("FBI"), being duly sworn, depose and state as follows:

## INTRODUCTION

1. I have been employed as a SA with the FBI since May 2015, and I am currently assigned to the Oklahoma City Division. I am currently assigned to investigate violations of federal law involving the exploitation of children. I have gained expertise in conducting such investigations through everyday work in my current role as an SA with the FBI.

2. As a federal agent, I am authorized to investigate violations of United States laws and to execute warrants issued under the authority of the United States.

3. As shown below, there is probable cause to believe that Christian Soto ("Soto") possessed and received child pornography, in violation of 18 U.S.C. §§ 2252A(a)(5)(B) and 2252A(a)(2)(A), and prohibited person in possession of ammunition, in violation of 18 U.S.C. § 922(g)(8). I submit this Application and Affidavit in support of a complaint.

4. Since this Affidavit is being submitted for the limited purpose of securing a search warrant, I have not included each and every fact known to me concerning this investigation.

## BACKGROUND OF THE INVESTIGATION

1

5. The following paragraphs describe an investigation which Oklahoma City Homeland Security Investigations (HSI) initially began in March 2025. Due to HSI resources being directed towards other investigations at this time, Oklahoma City Federal Bureau of Investigations (FBI) was requested to assist with and continue the investigation in July 2025. Upon beginning the investigation, Oklahoma City FBI determined the subject, Soto, had been in a relationship with an FBI employee of the Oklahoma City that had ended negatively. The employee has not and will not be involved in this investigation.

6. Media Lab/Kik[1] Electronic Service Provider submitted a CyberTip to the National Center for Missing and Exploited Children (NCMEC) regarding Kik username, "joebidennnn69" distributing videos of Child Sexual Abuse Material (CSAM) on March 31, 2024, on the Kik application. Law enforcement determined the individual utilizing Kik username, "joebidennnn69" resided in South Carolina and was a state representative at the time. Subsequently, law enforcement obtained additional search warrants in their investigation to include a search warrant for the contents of the Kik account associated with Kik username, "joebidennnn69". During the review of said warrant return, investigators observed Kik username, "joebidennnnn69" sharing child pornography with

---

[1] Kik Messenger, commonly called Kik, is a freeware instant messaging mobile app from the Canadian company Kik Interactive, available on iOS and Android operating systems. The application uses a smartphone's internet connection to transmit and receive messages, photos, videos, sketches, mobile web pages, and other content after users register a username. Kik is known for its features preserving users' anonymity, such as allowing users to register without the need to provide a telephone number or valid email address. However, the application does not employ end-to-end encryption, and the company also logs user IP addresses, which could be used to determine the user's ISP and approximate location.

2

Kik username, "randomcouplehere" on April 3, 2024. During the conversation, "joebidennnn69" asked "randomcouplehere", "Got more bad moms?", to which "randomcouplehere" replied, "Yes trade". The Kik users began sharing media files and continued to send messages to one another. Some additional messages include "randomcouplehere" saying, "I want more like the first one", and "joebidennnn69" responding, "Ok here's more [...] With the boy and girl? [...]". And "randomcouplehere" answering, "Girl sucking a boy". Kik username "joebidennnn69" sent over 50 files of child pornography to Kik username "randomcouplehere" during their April 3, 2024, conversation.[2] Four of those child pornography files are described below:

One video file, named: 0eefb7d0-bd6b-4303-a037-f4cf5e5dcd48.mp4, is a 23 second duration video depicting a prepubescent light-haired female child wearing a shirt sitting in a chair. The child looks at the camera and a nude, adult male walks into the camera frame. The adult male has an erect penis and pushes his penis toward the child's face. The child begins using her hands to masturbate the adult male. The child stops and appears to either cough or gag. The adult male then begins masturbating with the tip of his penis in the child's mouth.

Another video with a file name of: 1a8a0003-486d-4f61-b843-19121e076f37.mp4, is a 21 second duration video depicting a prepubescent or pubescent, dark-haired female child wearing a tank top and shorts. An erect adult penis is in the camera angle at the

---

[2] Law enforcement indicted the user of "joebidennnn69" in June of 2025, for distributing child sexual abuse material.

3

beginning of the video. The child then begins performing oral sex on the adult male. The child rolls off the adult male and covers her face with her hands before the video ends.

Another video with a file name: 1cce6f2f-dd3d-4333-bb9c-11f87855604c.mp4, is a 1 minute, 36 second duration video depicting a prepubescent female child, nude, lying on her back. The video depicts an adult male inserting his erect penis in the child's anus. The adult male ejaculates on the child's genital area, including her anus, and then begins using his fingers to rub the ejaculate around the child's vaginal and anal areas. The adult male uses his fingers to open the child's genital areas toward the camera. The adult male then touches the child's genital areas with his penis before moving the camera away from the child and the video ends.

Another video with a file name: 1d1b4a97-769a-4024-a25c-1417c3d4535c.mp4, is a 1 minute 10 second duration video depicting a prepubescent female child, with dark hair. The child performs oral sex on an adult male. They are standing in a bathroom and the adult male directs the child on what to do while performing oral sex. The video ends while the child is still performing oral sex.

7.  On October 29, 2024, Kik, through its parent company MediaLab.ai, provided information regarding username "randomcouplehere" pursuant to an administrative subpoena served on October 11, 2024. The following is a portion of the information provided by Kik:

Date: October 29, 2024

First Name: Random

Last Name: Couple

4

Email: howdoihackyou@gmail.com

Username: randomcouplehere

Registration_Timestamp: 2022/05/08 00:04:46

Login IP: 76.194.64.107   2024/10/22   21:30:18 UTC

Kik also provided bind records[3], specifically, IP logs, which username "randomcouplehere" utilized from March 22, 2024, to April 24, 2024. One of the IPs captured by Kik numerous times on April 3, 2024, and during the time period "randomcouplehere" received child pornography files from "joebidennnn69", was: 76.194.64.107. An additional IP address utilized by "randomcouplehere" on March 24, 2024, was IP address: 70.182.81.160.

8. On January 30, 2025, an administrative subpoena was served to AT&T Corp. to provide information pertaining to IP address: 76.194.64.107. On February 3, 2025, AT&T Corp. responded with the following information:

U-Verse

Billing Party

Account Number: 317199640

Account Name: Christian Soto

Billing Address: 3225 SW 93rd St., Oklahoma City, OK 73159-6530

Account Creation: 2021-11-09

Account Status: Open

---

[3] Kik bind records refer to internal data entries used by Kik Messenger to link or "bind" a Kik account to a specific user identity.

5

Service Information

Name: Christian Soto

Service Address: 3225 SW 93rd St., Oklahoma City, OK 73159-0000

Contact Phone: (111) 111-0003

Contact Email: CHRISTIAN.I.SOTO.RN@GMAIL.COM

IP Usage

IP Address: 76.194.64.107

Start Date: 01/11/2024 3:46 PM UTC

End Date: 03/22/2024 07:49 PM UTC

9. On or about January 30, 2025, an administrative subpoena was served to Cox Communications to provide information pertaining to IP address: 70.182.81.160. On or about March 24, 2025, Cox Communications responded with the following subscriber information:

Name: CMDL/INTEGRIS Community Hospital

Address: 300 S Rockwell Ave Oklahoma City, OK 73128-2222

Telephone number: 855-270-5465

Email address/es: tammy.harbet@commandlink.com

Account Start Date: 08/17/2022

Disconnect Date: N/A

10. Soto's Oklahoma driver's license lists an address of 3225 SW 93rd St., Oklahoma City, Oklahoma 73159. Current water utilities for 3225 SW 93rd St, Oklahoma

6

City, Oklahoma, are under the name Samantha Soto[4], with an email address of Christian.Soto.rn@gmail.com[5]. Cleveland County Assessor shows the current owner of 3225 SW 93rd St., Oklahoma City, Oklahoma, as Christian Soto.

11. In March of 2025, Oklahoma City Police Department responded to a call[6] at 3225 SW 93rd St., Oklahoma City, Oklahoma. Soto's home address on the OCPD report was, 3225 SW 93rd St., Oklahoma City, Oklahoma.

12. On July 11, 2025, law enforcement installed a pole camera to capture the public view of 3225 SW 93rd St., Oklahoma City, Oklahoma. Since its installation, law enforcement has observed a male matching Soto's description from Soto's driver's license photo and identifiers, arrive to and depart from 3225 SW 93rd St., Oklahoma City, Oklahoma, in a white Toyota Tundra. On July 12, 2025, physical surveillance observed the same white Toyota Tundra parked at the 3225 SW 93rd St., Oklahoma City, Oklahoma, bearing Oklahoma license plate CBA-468. The Toyota Tundra bearing Oklahoma license plate CBA-468 is registered to Jose Soto at 3225 SW 93rd St., Oklahoma City, Oklahoma 73159, with a secondary owner of Christian Ismael Soto. Jose Soto has been identified through open-source checks as Soto's father, who resides in a home located in Moore, Oklahoma.

---

[4] Samantha Soto has been identified as a former spouse of Soto's. Samantha Soto and Christian Soto were married in 2013 and divorced in 2021.
[5] This is the same email address listed on the AT&T Internet Service return for IP: 70.182.81.160
[6] This call resulted in two Oklahoma state charges against Soto in Oklahoma County District Court, Case No. CF-2025-1306: Count 1 charges felony Kidnapping and Count 2 charges misdemeanor Threatening an Act of Violence. Soto was released on a bond of $50,000.

7

13. Open-source information, specifically the professional networking website, LinkedIn, lists Soto, with a profile photo of himself, as a registered nurse with Integris Health in Oklahoma since 2017 to present. This is consistent with Soto's email address on the AT&T IP return, as well as Cox IP return showing service for Integris Community Hospital in Oklahoma City, Oklahoma.

14. Based on my training and experience, and the facts presented thus far, I believe Soto was the same individual using Kik username "randomcouplehere," who received and possessed CSAM.

## EXECUTION OF WARRANTS

15. On or about, July 29, 2025, search warrants were executed on Christian Soto's person, vehicle, and residence. There were approximately twenty-seven digital items seized from Soto's residence, and thirty-three digital items seized from his vehicle. Currently, several digital items are being extracted for law enforcement to review. One of the digital items, a Samsung PSSD T7 USB Device with serial number J815109N0JNCT5S, seized from Soto's vehicle, the Toyota Tundra bearing Oklahoma license plate CBA-468, contained at least four images of CSAM. Two of the image files are described below:

File name: IMG_9719.JPG depicted a naked adult female in a bathtub performing oral sex on a naked pubescent male who was standing in the bathtub.

File name: IMG_9646.JPG depicted a photo capturing part of person's face performing oral sex on an erect penis of a prepubescent male.

In addition to the digital items seized in Soto's residence, law enforcement seized 1 shotgun sling with forty-eight shotgun shells (12-gauge). On or about March 20, 2025, A.G. ("Petitioner"), an adult female, petitioned ("Petition") Oklahoma County District Court for an emergency order of protection against Christian Soto. Within the Petition, Petitioner stated she was an intimate partner of Soto and then detailed why she needed a protective order against Soto. The emergency protective order ("Protective Order") was granted on March 20, 2025, and served to Christian Soto on March 21, 2025. The Protective Order stated Petitioner is the ex-partner of the Soto and the weapon involved was a "gun." The Protective Order states Soto is "prohibited from injuring, abusing, sexually assaulting, molesting, harassing, stalking, threatening, or otherwise interfering with [Petitioner], and from use, attempted use or threatened use of physical force against [Petitioner] that would reasonably be expected to cause bodily injury. The Protective Order does not prohibit Soto from possession a firearm or ammunition; however, it warned Soto that "possession of a firearm or ammunition by a defendant while an order is in effect may subject the defendant to prosecution for a violation of federal law even if the order does not specifically prohibit the defendant from possession of a firearm or ammunition." A hearing on the temporary protective order took place on March 31, 2025. Petitioner was present pro se, and Soto was present with counsel. The court entered an order to continue the emergency protective order from March 31, 2025, through September 25, 2025Based on this information, I believe Soto unlawfully possessed ammunition on July 29, 2025, in violation of 18 U.S.C. § 922(g)(8).

Photos of the ammunition were submitted to D. McCauley, a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives. SA McCauley reviewed the ammunition and made a preliminary finding that the ammunition was not manufactured in the State of Oklahoma. Therefore, the ammunition did travel in interstate or foreign commerce to get to Oklahoma.

## CONCLUSION

16.     Based on the aforementioned information, this Affiant respectfully submits that there is probable cause to believe that Christian Soto received child pornography, in violation of 18 U.S.C. § 2252A(a)(2)(A), possessed child pornography, in violation of 18 U.S.C. § 2252A(a)(5)(B), and unlawfully possessed ammunition, in violation of 18 U.S.C. § 922(g)(8). This Affiant, therefore, respectfully requests a complaint be issued for Soto.

MARISOL FLORES
SPECIAL AGENT
FEDERAL BUREAU OF INVESTIGATION

Signed and sworn before me this 30th day of July, 2025.

AMANDA L. MAXFIELD
UNITED STATES MAGISTRATE JUDGE