# CRIMINAL COVERSHEET
## U.S. District Court, Western District of Oklahoma

Petty ☐  Misdemeanor ☐  Felony ☑  USAO No.: _____  Case No.: _____

Charging Document: **Complaint**   No. of Defendants: 1   Total No. of Counts: 3   Sealed: Y ☐ N ☑

Forfeiture: Y ☑ N ☐   OCDETF: Y ☐ N ☑   McGirt: Y ☐ N ☑   Warrant ☑  Summons ☐  Notice ☐

Companion Case No. (if any): _____

By: **lg**

**DEFENDANT INFORMATION:**

| Name: **Christian Soto** | |
|---|---|
| Alias(es): | Address: |
| | FBI No.: |
| DOB: XX/XX/1990   SSN: XXX-XX-0402 | Race:   Interpreter: Y ☐ N ☑ |
| Sex: M ☑ F ☐   Juvenile: Y ☐ N ☑ | Language/Dialect: English |

**DEFENDANT STATUS/RECOMMENDATION:**    **PRIOR MAGISTRATE JUDGE PROCEEDINGS:**

☐ Not in Custody    ☑ Detention Requested    Complaint: Y ☐ N ☑

☐ Type of Bond: _____    Magistrate Judge Case No.: MJ-

☑ In Custody at: USMS Custody    Previously Detained: Y ☐ N ☑

Inmate/Prisoner/Register No.: _____

**ATTORNEY/AGENCY INFORMATION:**

☐ Public Defender  Name: _____   AUSA: Bow Bottomly
☐ CJA Panel       Address: _____   Agent/Agency: FBI
☐ Retained        Phone: _____    Local Officer/Agency: _____

## CHARGING DETAILS

| Count(s) | U.S.C. Citation(s) | Offense(s) Charged | Penalty |
|---|---|---|---|
| 1 | 18 U.S.C. § 2252A(a)(2)(A) | Receipt of Child Pornography | NLT 5 years and NMT 20 years imprisonment, NMT $250,000.00 fine, o/b; NLT 5 years and up to life S/R; $40,100.00 S/A. |
| 2 | 18 U.S.C. § 2252A(a)(5)(B) | Possession of Child Pornography | NMT 10 years imprisonment, $250,000.00 fine, o/b; NLT 5 years and up to life S/R; $22,100.00 S/A; and Restitution. |
| 3 | 18 U.S.C. § 922(g)(8) | Prohibited Person in Possession of Ammunition | NMT 15 years imprisonment, $250,000.00 fine, o/b; NMT 3 years S/R; $100.00 S/A. |

**Signature of AUSA:** s/Bow Bottomly            **Date:** 07/30/2025