11840288

2564-0730-1010-J

# UNITED STATES DISTRICT COURT
for the

WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No: M-25-451-ALM |
| CHRISTIAN SOTO, | ) |
| Defendant. | ) |

**ARREST WARRANT**

RECEIVED
JUL 30 2025
U.S. MARSHALS W/OK

To: any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay,

Christian Soto who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Receipt of Child Pornography and Possession of Child Pornography, in violation of Title 18, United States Code, Sections 2252A(a)(2)(A) and 2252A(a)(5)(B), and Prohibited Person in Possession of Ammunition, in violation of Title 18, United States Code, Section 922(g)(8).

Date 7/30/25

*Issuing officer's signature*

City and State: Oklahoma City, Oklahoma

Amanda L. Maxfield, U. S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on (date) _____, and the person was arrested on (date) _____
at (city and state) _____

ARRESTED ON: 7-29-25
WITHIN THE W DISTRICT OF OK
BY: FBI, OKC

*Arresting officer's signature*

*Printed name and title*